

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK

Petition for Admission, pursuant to Local Rule 83.1(a)

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK
I submit the following personal statement for admission to the Bar of the U.S. District Court for the Northern District of New York.

## Personal Statement (Personal Information, Business Information, Good Standing, Education)

### Personal Information

(Please enter your full name, including suffix, e.g. Sr., Jr., II, III, etc.)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|
| | | | |

Residence Address:

| City: | State: | Zip: | County: |
|---|---|---|---|

### Business Information

Affiliation/Firm:

Address:

| City: | State | Zip | County |
|---|---|---|---|

E-Mail:

| Title: | Date of Employment: | Firm Telephone: |
|---|---|---|

### Good Standing

List jurisdictions & dates admitted & any attorney bar codes or state registration numbers.

| | Yes | No |
|---|---|---|
| Have you ever been convicted of a misdemeanor or felony? | Yes | No |
| Are there any disciplinary proceedings presently pending against you? | Yes | No |
| Have you ever been censured or suspended from practice before any court? | Yes | No |
| Have you ever been denied admission or readmission to the bar of any court? | Yes | No |

If you answered "Yes" to any of the above questions, you must attach a separate statement explaining the nature of any such actions or proceedings.

### Education

| Name of Law School City and State where located | Dates of Attendance From To (Month/Year) | Type of Degree Received | Date Degree Received or Expected |
|---|---|---|---|
| | | | |
| | | | |

Revised 12/2019

Are you currently or have you ever been a law clerk to a District Judge or Magistrate Judge? If yes, give name and title of Judge and specify dates and location:

I have read and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and General Orders for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____          _____
Signature                                                Date

Revised 12/2019

United States District Court
Northern District of New York

**NEW ATTORNEY E-FILING REGISTRATION FORM**

*Enter your full name, as it will appear on your official Admission Certificate.   Select your method of admission and enter the required information.   Complete and sign the Oath on Admission.*

NAME: Nathan       J.        McGrath         ○ Sr.   ○ Jr.
         First      Middle      Last           ○ II   ○ III

○ **STANDARD ADMISSION**  see L.R. 83.1(b)
Applicants who are not admitted to practice in the Federal Courts of New York.

○ **RECIPROCAL ADMISSION**  see L.R. 83.1(c)
A member in good standing of the bar of the U.S. District Court for the Eastern, Western or Southern District of New York. [DECLARATION OF SPONSOR NOT REQUIRED]

● **PRO HAC VICE ADMISSION**  see L.R. 83.1(d)
Motion for Limited Admission Pro Hac Vice in   5:22-cv-261-GTS-ML
Applicant required to file a Pro Hac Vice access request in PACER.   (case number)
Email address njmcgrath@fairnesscenter.org

○ **FEDERAL GOVERNMENT ADMISSION**  see L.R. 83.1(e)
   ○ Attorney appointed under 28 U.S.C. Section 541-543, or employed by the U.S. Government, who is admitted to practice in other Federal Districts
   ○ Attorney in the employ of the United States Government who is **not** admitted in other Federal Districts [CERTIFICATE OF GOOD STANDING REQUIRED]

○ **SPECIAL ADMISSION CEREMONY** scheduled on   /   /   in         , NY.
Sponsored by the Federal Court Bar Association. [ORDER & DECLARATION OF SPONSOR NOT REQUIRED]

○ **BIENNIAL READMISSION TO THE NORTHERN DISTRICT OF NEW YORK IN ACCORDANCE WITH LOCAL RULE 83.1(a)5.**

**Oath on Admission**

I, _____Nathan J. McGrath_____, do solemnly swear (or affirm) that as an attorney and counselor of this Court, I will conduct myself uprightly and according to law and that I will support the Constitution of the United States.

Dated:   3 / 28 / 2022

_____
*Attorney Signature*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Petition of: **Nathan J. McGrath**

DECLARATION OF SPONSOR

STATE OF NEW YORK
COUNTY OF **Albany**

**Craig W. Trainor**, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of **The Fairness Center**, and am a member in good standing with the United States District Court for the Northern District of New York. My NYND Bar Roll Number is: **513753**.

2. I make this Declaration in support of the admission of **Nathan J. McGrath**.

3. I have known **Nathan J. McGrath** since **November 2021**, and find him / her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

~~~~~~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this **28**, day of **March**, 20**22**.

_____
SPONSOR

w:\attyadm\Declaration_of_Sponsor
Form Date: 1/1/2018



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Nathan John McGrath, Esq.**

DATE OF ADMISSION

**October 15, 2010**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: January 6, 2022

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk